Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

GCA #122404 / JCA #71781

Mrs. Eyekeyia My. Carruthers 3Washington
Facebook Famous: Eyekeyia BARNONE Washington

[You are the PLAINTIFF, print your full name on this line.]

v.

St. Joseph County Jail
Sgt. Peppers (HATE CRIME)
Classification Dept.

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-415

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
MAY 17 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] SJCJ - St. Joseph County Jail | 401 W. Sample Street South Bend In. 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Classification Department | 401 W. Sample Street South Bend In. 46601 |
| 3 | Sgt. Peppers - HATE CRIME | 401 W. Sample Street South Bend In. 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant **in a separate box** as shown here.]

1. How many defendants are you suing? 3

2. What is the name and address of your prison or jail? SJCJ - 401 W. Sample Str. South Bend Indiana 46601

3. Did the event you are suing about happen there? ● Yes  ○ No, it happened _____

4. On what date did this event occur? September 19, 2022

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts (continued)

SJCJ — Classification Housing Department. Mr. Peppers a Deputy (Sgt.) Sergeant has deprived and affected the Rights of a Transgender Person. I Mrs. Eyekeyla My "Rucky" Caruthers Washington (aka) Antwan M Caruthers have been deprived out of my Rights as My Rights have been affected. Due to the Supervisor of the SJCJ Classification Department 8th Amendment, 14th Amendment and 1st Amendments has been the obvious policy violations all because a choice of life, a Sexuality has Remote Controle Government professional officials to be Underminded and mistreat Transgender Persons. Illiedeeds open a proper venue for factual evidence to show on dockets and Records of fact finders Material of Discrimination, Defamation, and Hate Crime. Sgt Peppers of SJCJ has violated all Civil Rights Capitalized above. Under penalties for perjury all info is true and correct.

Transgender Person
Mrs. Eyekeyla My Caruthers Washington
(aka)
Antwan M Caruthers

5. When did this event happen?
   ○ Before I was confined.
   ● While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Grievance procedure Sent To Captain and Warden of SJCJ._

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _900,000 United States of America's Currency SJCJ classification Department Needs to know how to Treat Gender Dysphoria person's. Failure to Treat Transgender gender Identity Equally is a hate crime_

[Initial Each Statement]
_Emcw_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_Emcw_ I will keep a copy of this complaint for my records.
_Emcw_ I will promptly notify the court of any change of address.
_Emcw_ I WILL NOT send more than one copy of any filing to the court.
_Emcw_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_Emcw_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _9_ / _19_ / 20_22_ at _7_ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Pro. Eyekeyia My.Carruthers 3 Washington_         _DOC# / JC#_
Signature                                          _122404 / 71781_
                                                   Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]