# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Mrs. Eye Keyla My Carruthers Washington, Facebook Famous: Eye Keyla Barnone Washington*
*also known as*
EYE KEYLA M CARRUTHERS WASHINGTON

        Plaintiff

  v.

                                    Civil Action No.  3:23-cv-415

ST JOSEPH COUNTY JAIL
*SJCJ*

CLASSIFICATION DEPARTMENT
*Hate Crime*
*also known as*
CLASSIFICATION DEPT

PEPPERS
*Sgt., Hate Crime*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

_X_  decided by Judge Damon R. Leichty

DATE: 6/12/2023	CHANDA J. BERTA, CLERK OF COURT

by  s/ S. Jarrell
*Signature of Clerk or Deputy Clerk*